459 A.2d 29

Straus, Appellant v. Brind, etc.

 Argued December 7, 1982. Jordon R. Pitock, for appellant; Richard P. Abraham, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the court is affirmed.